# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10028 |
| | ) | |
| OMAR S. BLAKES, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Motion of Assistant Federal Defender Jonathan Hawley to withdraw as counsel (Doc. #19) is allowed, and Defendant is allowed to proceed in this matter *pro se*.

Defendant's motion for a reduction in his sentence (Doc. #17) pursuant to 18 U.S.C. § 3582(c)(2) is denied. The recent amendment to the crack cocaine guideline (Amendment 702) made retroactive under U.S.S.G. § 1B1.10 does not change Defendant's guideline range or sentence as he was not convicted of a drug offense but convicted of one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g).

Based on his *pro se* petition for a sentence reduction (Doc. #17), it appears that the actual basis for Defendant's motion for a sentence reduction is his claim that U.S.S.G. § 4A1.1(f), comment. (n.6) was recently amended (Amendment 709) since his sentencing to provide that multiple prior sentences imposed on the same day are to be counted as one sentence for purposes of calculating criminal history; and application of the amendment to his case would result in a lower criminal history score thereby producing a lower guideline range. Assuming all this is true, 18 U.S.C. § 3582(c)(2) is no help to Defendant. U.S.S.G. § 1B1.10 implements § 3582(c)(2) and subsection (a) (U.S.S.G §. 1B1.10(a)) only makes retroactive the specific amendments to the Sentencing Guidelines listed in § 1B1.10(c). The amendment to U.S.S.G. § 4A1.1(f), comment. (n.6) (Amendment 709) is not one of the amendments listed in § 1B1.10(c). Defendant is directed

to file a pleading no later than August 7, 2008, that either concedes he is not entitled to any relief under 18 U.S.C. § 3582(c)(2) or explain why the Amendment to U.S.S.G. § 4A1.1(f), comment. (n.6) (Amendment 709) applies in spite of the fact that Amendment 709 is not listed in U.S.S.G. § 1B1.10(c).

    ENTERED this  14th  day of July, 2008.

                                              s/Joe B. McDade
                                              JOE BILLY McDADE
                                              United States District Judge