E-FILED
Wednesday, 27 August, 2008  01:41:49 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-10028 |
| OMAR S. BLAKES, | ) | |
| Defendant. | ) | |

## **O R D E R**

Defendant filed a Motion for Retroactive Application of Sentencing Guidelines [Doc. 17] on June 2, 2008.  The Court entered an Order [Doc. 20] on July 14, 2008, allowing the Public Defender's Office to withdraw upon a finding that Defendant was ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and allowing Defendant to proceed *pro se*.  A Response by Defendant was to be filed with the Court by August 7, 2008, either conceding that he was not eligible for a sentence reduction or to explain why the amendment to U.S.S.G. § 4A1,1(f), comment. (n.6)(Amendment 709) applies in spite of the fact that Amendment 709 is not listed in U.S.S.G. § 1B1.10(c).

Since no Response has been filed with the Court, Defendant's Motion [Doc. 17] is DENIED with prejudice.

ENTERED this   27th   day of August, 2008.

s/Joe B. McDade
JOE BILLY McDADE
United States District Judge